UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAMON JONES, on behalf of himself and all
others similarly situated,

                           Plaintiff,                23-CV-4626 (VSB)

              -against-                    **ORDER**

M2 Ingredients, Inc.,

                        Defendant.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on June 1, 2023, (Doc. 1), and filed an affidavit of service on June 16, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 7, 2023. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 28, 2023. If Plaintiff fail to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 17, 2023
             New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge