UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DAMON JONES, on behalf of himself and all   :
others similarly situated,                                   :
                                                             :
                              Plaintiff,       :            23-CV-4626 (VSB)
                                                             :
              -against-                        :            **ORDER**
                                                             :
M2 Ingredients, Inc.,                          :
                                                             :
                              Defendant.       :
                                                             :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On July 17, 2023, ten days after the deadline for Defendant to answer the Plaintiff's

complaint elapsed, I entered an order directing Plaintiff to seek a default or otherwise indicate an

intention to prosecute this case. (Doc. 6.) I further indicated that this matter would be dismissed

if no action was taken to prosecute this case. (*Id.*) Defendant appeared one day after and

requested an extension to respond to Plaintiff's complaint by August 16, 2023, which I granted.

(Doc. 10.) A week has passed since that deadline without any action by Defendant and it has

been more than a month since any party has taken any action in this case. Accordingly, by

August 28, 2023, Defendant shall respond to Plaintiff's complaint. If Defendant fails to do so,

by August 31, 2023, Plaintiff shall begin the process necessary to secure a default judgment

provided for in Rule 4(H) of my Individual Rules and Practices in Civil Cases or otherwise

propose steps to prosecute this action.

If no party acts in this matter by September 1, 2023, I will dismiss this case for failure to

prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:    August 24, 2023
          New York, New York

VERNON S. BRODERICK
United States District Judge